IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | )<br>)<br>) |
| v. | )    CASE NO. 12-1102 |
| $53,489.00 IN UNITED STATES CURRENCY,<br>    Defendant | )<br>)<br>)<br>) |
| OHM SHREE RAM, LLC, RAMESH T. PATEL,<br>SURVARNABEN M. PATEL<br>    Claimants | ) |

### CONSENT DECREE OF FORFEITURE

On September 28, 2012, a verified complaint of Forfeiture was filed on behalf of the plaintiff, the United States of America, against the defendant $53,489.00 in United States Currency. The complaint alleged that the currency was involved in, used, or intended to be used in violation of 21 U.S.C. § 841 and was forfeitable under 21 U.S.C. § 881(a)(6).

1. It appearing that process was fully issued in this action and returned according to law;

2. The claimants, Ohm Shree Ram, LLC, Ramesh T. Patel, and Survanaben M. Patel, after having been personally served in the above-captioned matter, filed verified claims on October 16, 2012. The claimant further filed an answer on November 01, 2012.

3. All other claimants were served by publication beginning on October 03, 2012, with publication running for thirty (30) consecutive days on an official Government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C). The Proof of Publication was filed with this court on November 07, 2012.

4. No other claims have been received within 35 days after written notice was sent or 60 days after the first date of publication. The United States of America took all reasonable measures to ensure that any other possible claimant received such notice in a timely fashion. To this date, no individual other than claimants, Ohm Shree Ram, LLC, Ramesh T. Patel, and Survanaben M. Patel have filed a claim. Therefore, all other possible claimants are in total default and the United States of America is entitled to a judgment of forfeiture, all without the necessity of any further notice to any other person or entity.

5. That the claimants, Ohm Shree Ram, LLC, Ramesh T. Patel, and Survanaben M. Patel, now wish to settle fully all claims pending in the present litigation and forfeit a portion of the Defendant property to the United States of America pursuant to 18 U.S.C. § 981 (a)(1)(G). The claimants, Ohm Shree Ram, LLC, Ramesh T. Patel, and Survanaben M. Patel, by placing their signatures hereto, hereby affirm to this Honorable Court that $45,466.00 of the defendant property is forfeitable and withdraws his claim to that amount of the defendant currency.

6. That the petitioner, the United States of America, now wishes to settle fully all claims pending in the present litigation and by consenting to the entry of this order, hereby affirms to this Honorable Court that $8,023.00 of the defendant property should not be forfeited and should instead be returned to the claimants/owners Ohm Shree Ram, LLC, Ramesh T. Patel, and Survanaben M. Patel.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

    A.    The United States of America is hereby given a judgment of forfeiture against the defendant property described below:

**$45,466.00 in UNITED STATES CURRENCY;**

and against the interest therein of Ohm Shree Ram, LLC, Ramesh T. Patel, and Survanaben M. Patel, and any and all persons or entities having or claiming an interest in the defendant property;

B. Title to the defendant property is hereby vested in the United States of America and any administrative claims or interests therein of any persons or entities, including Ohm Shree Ram, LLC, Ramesh T. Patel, and Survanaben M. Patel, are hereby cancelled;

C. The Defendant property is referred to the custody of the United States Marshal Service for disposition in accordance with law and regulations;

D. As to the remaining defendant currency described below:

**$8,023.00 in UNITED STATES CURRENCY;**

with no claim being received on this property, it is by order of this Court that the same shall be returned to the claimants Ohm Shree Ram, LLC, Ramesh T. Patel, and Survanaben M. Patel; and

E. Each side shall be responsible for their own fees and costs incurred in the litigation of this matter.

IT IS SO ORDERED this 16th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE

Approved as to Form and Content:

_____
Jonathan D. Ross, Assistant U.S. Attorney

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 16 2013

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

_____
Jack T. Lassiter, Attorney for claimants, Ohm Shree Ram, LLC, Ramesh T. Patel, and Survanaben M. Patel

_____
Ramesh T. Patel, claimant

_____
Survarnaben. Patel, claimant

_____
Ramesh T. Patel, on behalf of Ohm Shree Ram, LLC, claimant